## 50681. CHAVOUS v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of knowingly issuing a worthless check with intent to defraud in violation of Code Ann. § 13-9933. A motion for a new trial was denied. *Held:*

The only issue raised on appeal is the sufficiency of the evidence. There is evidence in the record establishing every essential element of this crime. Thus the conviction was authorized. The judgment denying the motion for new trial is affirmed.

*Judgment affirmed. Webb and Marshall, JJ., concur.*

ARGUED JUNE 2, 1975 — DECIDED JUNE 13, 1975.

*O. L. Collins,* for appellant.
*J. Edward Slaton, Solicitor, Herbert E. Kernaghan, Jr., Assistant Solicitor, Jolles & Slaby, Isaac S. Jolles,*

for appellee.